IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | 98 B 36360 |
| JOHN A. HANNO | ) | |
| | ) | The Honorable |
| Debtor. | ) | Jack Schmetterer |
| | ) | |
| John A. Hanno | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 00 A 00527 |
| | ) | |
| TCF National Bank Illinois, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF PLAINTIFF TO COMPEL TCF TO DISCLOSE
THE IDENTITIES OF EMPLOYEES OR AGENTS AND FOR LEAVE TO
CONDUCT DEPOSITIONS**

Plaintiff, John A. Hanno, by and through his counsel moves this Honorable Court to compel TCF to disclose the full identities of certain employees or agents and for leave to conduct depositions. In support thereof, Plaintiff states as follows:

1. On or about July 21, 2000, pursuant to order of this Court, certain TCF records were tendered to Plaintiff.

2. Included in the records tendered by TCF was a TCF document entitled Display/History dated May 6, 1999 which contained a notation which indicated that a payoff figure was not to be quoted without first contacting Paul or Janean. A copy of the Display/History is attached, marked **Exhibit A** and hereby made part of this pleading. On information and belief, Paul and Janean are employees or agents of TCF.

3. Also included on the Display/History was information showing a principle balance on Debtor's home loan of $246,683.00 at a time when TCF was quoting payoff figures in excess of $400,000.00.

4. The May 6, 1999 date is important because that date is during the time the agreed order was in effect in Debtor's bankruptcy case.

5. Debtor has filed an adversary and Rule 60(b) motion alleging that TCF interfered with his ability to comply with the terms of the agreed order when it interfered with his ability to finance the property or have the property purchased by an insider where TCF either did not provide payoff information to potential lenders or discouraged potential lenders from making loans.

6. It appears to Debtor based upon the Display/History that special requirements or instructions were being issued to TCF employees from Paul or Janean when lenders were making requests for payoffs on Debtor's account during the term of the agreed order.

7. Debtor seeks to have TCF fully identify who Paul and Janean are and seeks leave to depose Paul and Janean to determine what instructions or information was being supplied by Paul and Janean prior to payoff figures being quoted by TCF employees on Debtor's property.

8. Debtor believes this may be additional evidence for trial which will substantiate Debtor's position that TCF treated his account in a special manner and that TCF was discouraging potential lenders.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an order requiring TCF to disclose the full identities of Paul and Janean, requiring TCF to

produce Paul and Janean for deposition before August 4, 2000 and granting Debtor such other and further relief as may be just and equitable.

Respectfully submitted,

JOHN A. HANNO

By One of his attorneys

Forrest L. Ingram
Julie A. Boynton
Forrest L. Ingram, P.C.
79 W. Monroe, Suite 1210
Chicago, IL 60603
312/759-2838

```
DISPLAY/HISTORY                        096 1159 12:55:47  5/06/99 1159
                                                         MORE: < -    >
ACCT     710001556  SCRN    DSP    ORDER R  DATE 04/03/98  PRT N  BAL N
NAME HANNO          TYPE 1 SUB 8  INV 00581    WARN 7  LOCK 0  STOP 030
---- DATES ------  --- YEAR TO DATE ---  ---- BALANCES ----  -- UNCOLLECTED --
PAID TO  11/01/93  INT         6179.81   PRIN    246683.08  LC       -349.60
NEXT DUE 12/01/93  TAXES       4964.82   ESC     -45110.80  CRI         0.00
LAST PMT 04/23/99  STATE CODE       14   UNAP         0.01  INT         0.00
AUDIT DT 04/01/98  LOSS DRAFT RCD ?  N   UNAP CD      A     FEES        0.00
-DATE- TR - PDTO ------ TR-AMT --------- PRIN ----- INTEREST ------ ESCROW --
040398 AA   070193              .00          .00         .00             .00
                 * CREDIT INS PYMT            .00  LATE CHARGE PYMT   4232.49*
040398 UI   000000              .00          .00         .00             .00
                 * CREDIT INS PYMT            .00  LATE CHARGE PYMT   4232.49*



COMMENTS-1 SEE PAUL OR JANEAN BEFORE QUOTING PAYOFF FIGURES.
COMMENTS-2
END OF HISTORY                          OK                          BOTTOM
```

Exhibit A

TCF 00493