UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

E O'D AUG 0 3 2000

Honorable Jack B Schmetterer      Hearing Date 7/28/00

Bankruptcy Case No. 98 B 36360      Adversary No. 00 A 527

Title of Case   John Hanno v. TCF National Bank

Brief Statement of Motion

Names and Addresses of moving counsel

Representing

## ORDER

Hearing on defendant's motion for protective order is concluded.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

6/11/99

19