UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jack B Schmetterer        Hearing Date: 7/31/00

Bankruptcy Case No. 98 B 36360        Adversary No. 00 A 527

Title of Case: John Hanno v. TCF Bank

Brief Statement of Motion:

Names and Addresses of moving counsel:

Representing:

ORDER

For reasons stated from the bench, plaintiff's motion to Compel TCF to disclose identities of employees or agents to conduct depositions is denied.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

6/11/99