E C  AUG 0 4 200(

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | 98 B 36360 |
| JOHN A. HANNO | ) | |
| | ) | The Honorable |
| Debtor. | ) | Jack Schmetterer |
| | ) | |
| John A. Hanno | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 00 A 00527 |
| | ) | |
| TCF National Bank Illinois, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG - 3 2000
WAYNE E. NELSON, CLERK
PS REP. - VK

## MOTION FOR LEAVE TO WITHDRAW AS
## COUNSEL OF RECORD AND OTHER RELIEF

Forrest L. Ingram and Julie A. Boynton (hereinafter "Forrest L. Ingram, P.C.") move this Honorable Court for leave to withdraw their appearance as counsel of record for John Hanno, to allow Debtor time to find new counsel, to reset pretrial order dates, and to continue trial date. In support thereof, Forrest L. Ingram, P.C., states as follows:

1. On or about June 21, 2000, Forrest L. Ingram, P.C. filed a Rule 60(b) motion and an adversary for injunctive relief in this Court on behalf of Mr. Hanno.

2. Subsequent to the filing of the motion and adversary, additional information has been made available which in the opinion of Forrest L. Ingram, P.C. makes continued prosecution of the motion and adversary complaint impossible at this time.

3. In spite of the advice offered by Forrest L. Ingram, P.C. to John Hanno that continued prosecution of the motion and adversary complaint, in the opinion of Forrest L.



Ingram, P.C., is no longer legally feasible given the changes to the expected testimony of certain witnesses and the absence of any additional witness to support Debtor's claims, Debtor John A. Hanno wishes to continue to prosecute of the motion and adversary complaint.

4. Debtor believes that once the Court hears additional facts and understands the substantial injustice which he has suffered at the hands of TCF, the Court may be moved to change its prior rulings or issue new rulings to effect substantial justice.

5. Forrest L. Ingram, P.C. and Debtor have reached an impasse with respect to the prosecution of the motion and adversary complaint and due to the irreconcilable differences which have arisen between Debtor and counsel, Forrest L. Ingram is no longer able to represent Debtor in these proceedings as Forrest L. Ingram, P.C. since it cannot meet both its professional responsibilities and its client's demands for continued prosecution of the motion and adversary complaint.

6. Forrest L. Ingram and Julie A. Boynton therefore ask leave of this court to withdraw as counsel of record.

7. Forrest L. Ingram, P.C. asks that Debtor be granted 21 days to retain new counsel and that this matter be set for status at that time.

8. Forrest L. Ingram, P.C. further asks that the amended pretrial order be stayed during the time Debtor is retaining new counsel and that the trial date be stricken until such time Debtor has retained new counsel.

9. TCF will not suffer great prejudice if the court grants this motion as all its obligations under the pretrial order will be stayed during the time in which Debtor seeks new counsel.

10. Forrest L. Ingram, P.C. will suffer great prejudice if this motion is not granted.

WHEREFORE, Forrest L. Ingram and Julie A. Boynton respectfully request that this Honorable Court enter an order granting them leave to withdraw as counsel of record, grant Debtor 21 days in which to retain new counsel, stay all obligations under the amended pretrial order in the interim time period, strike the current trial date and grant such other and further relief as may be just and equitable.

Respectfully submitted,

FORREST L. INGRAM
JULIE A. BOYNTON

Forrest L. Ingram
Julie A. Boynton
Forrest L. Ingram, P.C.
79 W. Monroe, Suite 1210
Chicago, IL 60603
312/759-2838
Atty. No. 3129032

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | 98 B 36360 |
| JOHN A. HANNO | ) | |
| | ) | The Honorable |
| Debtor. | ) | Jack Schmetterer |
| | ) | |
| John A. Hanno | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 00 A 00527 |
| | ) | |
| TCF National Bank Illinois, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter coming to be heard on the motion of Forrest L. Ingram and Julie A. Boynton to withdraw as attorneys of record and for other relief and the court having jurisdiction and being fully advised in the premises:

IT IS HEREBY ORDRED:

1. Forrest L. Ingram and Julie A. Boynton are hereby granted leave to withdraw as attorneys of record.

2. John Hanno is granted 21 days in which to file his appearance or that of new counsel.

3. All filings due under the amended pretrial order are hereby stayed.

4. The trial date of August 21, 2000 is hereby stricken.

5. This matter is set for status on _____.

DATE:                                          BY THE COURT:

                                               _____
                                               The Honorable Jack Schmetterer
                                               Bankruptcy Judge

This order prepared by
Forrest L. Ingram, P.C.