IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN A. HANNO, | ) | No. 98 B 36360 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | Judge Jack B. Schmetterer |
| | ) | |
| John A. Hanno, | ) | |
| | ) | |
| Plaintiff, | ) | No. 00 A 527 |
| | ) | |
| v. | ) | |
| | ) | |
| TCF National Bank Illinois, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 4 - 2000
WAYNE E. NELSON, CLERK
PS REP. - VK

## MOTION TO VACATE PRETRIAL ORDER

TCF National Bank Illinois ("TCF"), in support of its Motion to Vacate Pretrial Order, states as follows:

1. There are presently two matters before this Court; debtor's Adversary for Injunctive Relief, and debtor's Motion for 60(b) Relief (sometimes referred to as a Motion Pursuant to Bankruptcy Rule 9024).

2. On or about July 24, 2000, this Court entered a Final Amended Pretrial Order.

3. That Order, among other things, set an evidentiary hearing for August 21, 2000, at 2:00 p.m. That Order also set various deadlines for filing motions relating to discovery, disclosure of trial exhibits, and submission of proposed findings of fact and conclusions of law.

4. On August 4, 2000, TCF filed a motion to dismiss the pending Adversary Complaint, and a Motion to Strike the Motion for 60(b) Relief. TCF argues in those motions, among other things, that this Court lacks jurisdiction to entertain the Adversary Complaint or the Motion for



60(b) Relief.

5. Since it appears obvious from the record as developed in this case, including comments by the debtor's own counsel, that this Court does not have jurisdiction, it is likely that TCF's pending Motion to Strike and to Dismiss will be granted.

6. In order to avoid incurring any further unnecessary expense in preparing for the August 21, 2000 trial until after this Court rules on the pending motions. TCF therefore requests that the Court vacate its July 24, 2000 Final Amended Pretrial Order, and strike all the dates contained therein. Instead, TCF requests that this Court grant debtor until August 17, 2000, file written responses to the pending Motion to Strike and Motion to Dismiss, grant TCF until August 24, 2000, to file written replys, and set a hearing date for shortly thereafter.

7. By setting this schedule, the Court will allow the parties to fully brief the legal issues regarding this Court's jurisdiction, without requiring the parties to go through the expense of preparing and calling witnesses at a trial which will be totally unnecessary if this Court grants the Motions to Strike and Dismiss.

WHEREFORE, TCF National Bank Illinois respectfully requests that this Court (1) vacate the Final Amended Pretrial Order of July 24, 2000; (2) grant the debtor until August 17, 2000 to file written responses to the pending Motion to Strike and Motion to Dismiss; (3) grant TCF until August 24, 2000 to file reply briefs; and (4) set a hearing on the pending motions for the first possible date after August 24, 2000.

Respectfully submitted,

TCF NATIONAL BANK ILLINOIS

Bruce N. Menkes
Kenneth R. Wysocki
**Davidson Mandell Menkes & Surdyk, LLC**     By: _____
303 West Madison Street                              One of Its Attorneys
Suite 1900
Chicago, Illinois 60606
(312) 251-1000

42243.1

2

## CERTIFICATE OF SERVICE

I, Bruce N. Menkes, an attorney, certify that a copy of the foregoing *Notice of Motion to Vacate Pretrial Order* was served on:

| | |
|---|---|
| Mr. Tom Vaughn | Mr. John A. Hanno |
| U.S. Bankruptcy Court Trustee | 6 N. Trail |
| 11 East Adams Street | Lemont, IL 60439 |
| Suite 1500 | |
| Chicago, IL 60603 | |

by placing a copy into a postage-paid envelope, addressed to the attorney listed above, and placing said envelope into the U.S. Mail chute located at 303 West Madison Street, Chicago, Illinois, 60606, before the hour of 5:00 p.m. on this 4th day of August, 2000; and

Julie A. Boynton
Law Offices of Forrest L. Ingram, P.C.
79 W. Monroe Street
Suite 1210
Chicago, IL 60603

by faxing a copy of the *Notice of Motion to Vacate Pretrial Order* to the attorney listed above prior to the hour of 5:00 p.m. on this 4th day of August, 2000.

_____
Bruce N. Menkes