# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable JACK B. SCHMETTERER

Date **November 1, 2000**

Bankruptcy Case No. **98 B 36360**

Adversary No. **00 A 00527**

Title of Case    **In re John A. Hanno**

**John A. Hanno v. TCF National Bank of Illinois**

Brief Statement of Motion: **Ruling on (A) Consolidated Trial of Hanno's Adversary Complaint for Injunction Relief and Hanno's Emergency Motion therein for Injunctive Relief; (B) Hanno's Emergency Motion Pursuant to Rule 9024 to Vacate the Order Dismissing Bankruptcy, and TCF's Motion to Strike Debtor's Rule 9024 Motion; and (C) TCF's Motion to Dismiss Adversary Complaint**

Names and Addresses of moving counsel

Representing

Names and Addresses of other counsel entitled to notice and names of parties they represent: **See Attached Certification**

## ORDER DISMISSING ADVERSARY

Pursuant to the accompanying Memorandum Opinion and Findings of Fact and Conclusions of Law contained thereto, it is hereby ordered and adjudged:

A. Hanno's Motion for Injunctive Relief is denied;

B. Hanno's Rule 9024 motion is denied, and TCF's Motion to Strike the same is stricken as moot; and

C. TCF's Motion to Dismiss this Adversary proceeding is allowed, and this Adversary proceeding is dismissed.

ENTER:

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.

G:\Opinions and Orders\HannoJohn\MinuteOrder.03.wpd