IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
00 NOV 28 PM 4:49
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF ILLINOIS
DROP BOX

EOD NOV 29 2000

IN RE: )
)
JOHN A. HANNO, )  No. 98 B 36360
)
Debtor. )
)
_____ )  Judge Jack B. Schmetterer
)
John A. Hanno, )
)
Plaintiff, )  No. 00 A 527
)
v. )
)
TCF National Bank Illinois, )
)
Defendant. )

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 28 2000

WAYNE E. NELSON, CLERK
PS REP. - SO

## NOTICE OF FILING

To:  Julie A. Boynton                          Mr. Tom Vaughn
     Law Offices of Forrest L. Ingram, P.C.    U.S. Bankruptcy Court Trustee
     79 W. Monroe Street                       11 East Adams Street
     Suite 1210                                Suite 1500
     Chicago, IL 60603                         Chicago, IL 60603

**PLEASE TAKE NOTICE** that on November 28, 2000, there was filed with the clerk of the United States Bankruptcy Court, Northern District Of Illinois, Eastern Division, TCF's List of Exhibits, a copy of which is hereby served upon you.

                                    TCF NATIONAL BANK ILLINOIS

                                    By: _____
                                              One of Its Attorneys

Bruce N. Menkes
Kenneth R. Wysocki
**Davidson Mandell Menkes & Surdyk, LLC**
303 West Madison Street, Ste. 1900
Chicago, Illinois 60606
(312) 251-1000
47323.1

## CERTIFICATE OF SERVICE

I, Kenneth R. Wysocki, an attorney, certify that a copy of the foregoing *Notice of Filing* was served on:

Julie A. Boynton
Law Offices of Forrest L. Ingram, P.C.
79 W. Monroe Street
Suite 1210
Chicago, IL  60603

Mr. Tom Vaughn
U.S. Bankruptcy Court Trustee
11 East Adams Street
Suite 1500
Chicago, IL  60603

by personal delivery, before the hour of 5:00 p.m. on this 28th day of November, 2000.

_____
Kenneth R. Wysocki